IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| CHRISTINE K BLUM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) C06-3029 MWB |
| | ) |
| | ) JUDGMENT FOR ATTORNEY FEES |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) |
| MICHAEL J ASTRUE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment is entered in favor of the plaintiff and against the defendant. The court awards $3,663.99 (three-thousand six-hundred sixty three dollars and ninety-nine cents) in attorney fees, which shall be paid by the Social Security Administration, pursuant to 28 U.S.C. § 2412.

IT IS FURTHER ORDERED

That the court awards costs of $350.00 (three-hundred and fifty dollars and no cents), representing the filing fee, to be paid out of the Judgment Fund administered by the Department of the Treasury.

DATED: December 31, 2007

Robert L Phelps
Clerk
S/src
(By) Deputy Clerk